IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDITH M. EZEKIEL,
    Plaintiff,

v.                            Case No. 3:13cv167/MCR/CJK

B.S.S. STEEL ROLLING MILLS, et al.,
    Defendants.
_____/

O R D E R

    Pending before the court is the Report and Recommendation of the Magistrate Judge filed on April 22, 2013 (doc. 5), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any,[1] the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     Plaintiff's complaint (doc. 1) is DISMISSED WITH PREJUDICE, as this court lacks subject matter jurisdiction.

    3.     Plaintiff's motion for *in forma pauperis* (doc. 2) is DENIED.

    4.     Plaintiff's motion to appoint counsel (doc. 3) is DENIED as MOOT.

    DONE AND ORDERED this 2d day of July, 2013.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] No objections have been timely filed.